

FILED

08/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0411

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0411

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RYAN SCOTT BROADBROOKS,

Defendant and Appellant.

FILED

AUG 25 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Ryan Scott Broadbrooks petitions this Court for an out-of-time appeal. As grounds, he states that he discussed filing a timely appeal with his attorney but that his attorney failed to file the appeal. Broadbrooks further states that he "did not file a timely appeal because [his] OPD [counsel]" had told him that he could not appeal because he took a plea agreement. He adds that he "was also coerced into a plea agreement by [his] sentencing judge . . . ." He asserts that he does not have a copy of his final judgment.

Contrary to his assertion, Broadbrooks includes a copy of a June 25, 2020 Order of Revocation and Imposition of Sentence, issued in the Thirteenth Judicial District Court, Yellowstone County, sentencing him upon revocation to the Department of Corrections for a three-year term for felony criminal possession of dangerous drugs.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Although Broadbrooks has filed an unverified petition, he filed his petition in the statutory time period of sixty days or by August 24, 2020. Broadbroooks indicates that he is presently without counsel. We conclude that Broadbrooks may be entitled to pursue this appeal and to qualify for the appointment of counsel to represent him on appeal. Section 46-8-104, MCA. Accordingly,

IT IS ORDERED that Broadbrooks's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender Division is APPOINTED to represent Ryan Scott Broadbrooks. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. In the event Broadbrooks qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Ryan Scott Broadbrooks personally.

DATED this _25_ day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2